Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00784-CR

**IN RE** Harold **BOWENS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  November 16, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On October 31, 2011, relator Harold Bowens filed a petition for writ of mandamus, complaining the trial court has failed to rule on his post-conviction petition for writ of habeas corpus. In 1985, relator was convicted of murder and was sentenced to life in prison. No appeal was taken in this court. Therefore, relator's felony conviction became final.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2011); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481,

---

[1] This proceeding arises out of Cause No. 1985-CR-3726, styled *State of Texas v. Harold Bowens*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.

483 (Tex. Crim. App. 1995) (holding that "Article 11.07 provides the exclusive means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus.

Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH